**FILED**
October 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERTO PUEBLA, | § | |
| Plaintiff, | § | |
| v. | § | NO. SA-25-CV-00476-OLG |
| FORD MOTOR COMPANY and CAVENDER FORD, | § | |
| Defendants. | § | |

# ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed August 13, 2025, concerning the Motion to Remand filed by Plaintiff (Dkt. No. 7) and the Motion to Dismiss filed by Defendant Ford Motor Company (Dkt. No. 15). (*See* R&R, Dkt. No. 27.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties were electronically served with a copy of the R&R on August 14, 2025, and the deadline to file objections was August 28, 2025. To date, no objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 27) and, for the reasons set forth therein Plaintiff's Motion to Remand (Dkt. No. 7) is **DENIED,** and Defendant Ford Motor Company's Motion to Dismiss (Dkt. No. 15) is **GRANTED** to the extent it seeks dismissal of Plaintiff's claims against Defendant Cavender Ford.

It is so **ORDERED**.

**SIGNED** this \_\_\_10\_\_\_ day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge