**FILED**

February 09, 2026

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

| | | |
|---|---|---|
| **ROBERTO PUEBLA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-25-CV-00476-OLG** |
| | § | |
| **FORD MOTOR COMPANY,** | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed January 22, 2026, concerning the status of the above case, which was initiated in state court by pro se Plaintiff Roberto Puebla and removed to federal court by Defendant Ford Motor Company. (*See* R&R, Dkt. No. 33.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties were electronically served with a copy of the R&R on January 23, 2026, and Ford timely filed a limited objection on February 4, 2026. (*See* Dkt. No. 35.)

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

In objecting to the Magistrate Judge's recommendation that the dismissal of this case be without prejudice under Rule 41(b), Ford does not argue that such a dismissal would be error. (*See*

Dkt. No. 35 at 2.) Rather, Ford understandably would prefer that the Court render a dismissal with prejudice on the merits of its motion for summary judgment. (*Id.* at 2–3.) As the R&R is sound and Ford has identified no errors therein, Ford's limited objection is **OVERRULED**.

The Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 33) and, for the reasons set forth therein, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court orders. FED. R. CIV. P. 41(b).

Ford's Motion for Summary Judgment (Dkt. No. 30) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on February _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2